United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Angela M. Chambers, Plaintiff,<br><br>v.<br><br>Andrew Saul, Acting Commissioner of the Social Security Administration, Defendant. | )<br>)<br>)<br>) Civil Action No. 18-24634-Civ-Scola<br>)<br>)<br>)<br>) |

### Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. Judge Torres issued a report, recommending that the Court deny Plaintiff Angela M. Chambers's motion for summary judgment (ECF No. 17), grant Defendant Andrew Saul, Acting Commissioner of the Social Security Administration's motion for summary judgment (ECF No. 18), and affirm the administrative law judge's unfavorable decision. (Report, ECF No. 24.) Chambers filed objections (ECF No. 25), to which the Commissioner responded (ECF No. 26). After reviewing the filings, the applicable law, and the record, the Court **adopts** Judge Torres's report and recommendation (**ECF No. 24**), **denies** Chambers's motion for summary judgment (**ECF No. 17**) and **grants** the Commissioner's motion for summary judgment (**ECF No. 18**).

Irrespective of Chambers's objections, the Court has conducted a de novo review of the entire record and report and recommendations in this case. The Court agrees with all of Judge Torres's findings and conclusions: substantial evidence supported the administrative law judge's decision to assign little weight to Chambers's treating physician's opinion; substantial evidence supported the ALJ's residual-functional-capacity findings and, in any event, Chambers waived any argument to the contrary by failing to include actual facts relevant to her argument; substantial evidence supported the ALJ's credibility determination of Chambers; and the ALJ properly omitted Chambers's treating physician's opinion in posing a hypothetical to the vocational expert. The Court finds Judge Torres's report and recommendation well reasoned and thorough. Further, the Court has carefully reviewed Chambers's objections and concludes they are without merit. In sum, the administrative law judge's decision was supported by substantial evidence and applied the proper legal standards.

Accordingly, the Court **overrules** Chambers's objections, **affirms and adopts** the report and recommendation (**ECF No. 24**), **grants** the Commissioner's motion for summary judgment (**ECF No. 18**), and **denies** Chambers's motion for summary judgment (**ECF No. 17**). The Court thus directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on August 17, 2020.

_____
Robert N. Scola, Jr.
United States District Judge